AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number: 08mj0456

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

SEAN NICHOLAS GILBERT

I certify that I am admitted to practice in this court.

2/21/2008
Date

/s/ ELIZABETH M. BARROS
Signature

Elizabeth M. Barros/Federal Defenders of SD 227629
Print Name Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467 (619) 687-2666
Phone Number Fax Number

Print | Save As... | Export as FDF | Retrieve FDF File | Reset