UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Sean Nicholas Gilbert
Defendant(s)

CRIMINAL NO. 08 CR 586 W

ORDER

RELEASING MATERIAL WITNESS

Booking No. 07242298

On order of the United States District/Magistrate Judge, William McCurine, Jr.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Veronica Canchola-Aguilera

RECEIVED 2008 MAR -4 A 2:09

DATED: 3-4-08

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082