# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v. SEAN NICHOLAS GILBERT [1] 08CR586-W

[] []

The Honorable: RUBEN B. BROOKS

Atty ELIZABETH BARROS of F.D. for [1] - PDA

Atty for [] -

Atty for [] -

GVT'S ORAL MOTION TO DISMISS CASE WITHOUT PREJUDICE - GRANTED.
ABSTRACT ISSUED TO USM.

Date: 04/08/08

END OF FORM

by VTL